**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

ANTHONY DELOATCH,

          Petitioner

          v.

COURT OF COMMON PLEAS
PHILADELPHIA COUNTY,

          Respondent

No. 97 EM 2015

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of September, 2015, the Application for Leave to File Original Process is **GRANTED**, the Petition for Writ of Mandamus and/or Extraordinary Relief is **GRANTED** to the extent it seeks mandamus relief, and the Court of Common Pleas of Philadelphia County is **DIRECTED** to dispose of Petitioner's pending filings within 90 days.